UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X        **tmm1634**

In re                                                                               Chapter 13

James Bayfield

                                                       Case No.: 18-42142-608

                    Debtor(s)                                    **<u>ORDER</u>**
-------------------------------------------------------X

        MICHAEL J. MACCO, Chapter 13 Trustee of the estate of James Bayfield, (the "Debtor(s)") and this matter having come on for a hearing before the Honorable Carla E. Craig, United States Bankruptcy Judge, on the 21st day of JUNE, 2018, Michael J. Macco, Chapter 13 Trustee, having appeared in support of motion and after due deliberation by this Court, it is

        **ORDERED**, that pursuant to the provisions of 11 U.S.C. §§521 & 1307(c), the above referenced Chapter 13 case is hereby dismissed.



**Dated: Brooklyn, New York**
        **July 21, 2018**

                                                                       _/s/ Carla E. Craig_
                                                              **Carla E. Craig**
                                                  **United States Bankruptcy Judge**